# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,    )  | |
|     Plaintiff-Appellee,    ) | |
| ) | |
| VS.    ) | Record No. 14-4446 |
| ) | |
| CHARLIE WAYNE BRYANT,    ) | |
|     Defendant-Appellant.    ) | |

## MOTION FOR EXTENSION OF TIME

COMES NOW, the Defendant-Appellant, by and through the undersigned counsel, and moves this Court for an extension of time to file his opening brief and joint appendix which is now due September 2, 2014. In support of this motion, Counsel for the Defendant-Appellant shows unto the Court the following:

1. Counsel needs time to finish reviewing the issues with the Defendant-Appellant.

2. This matter has already been appealed previously 12-4912 and remanded and the issues appear more complex. Defense counsel wants to make sure that she has adequately researched all his issues and adequately addressed all his concerns so that her representation is effective in this Court.

3. Counsel for the Plaintiff-Appellee, Appellate Chief Amy Ray, has been contacted and she has no objection to taking the time needed to prepare the opening brief.

4. Counsel is in solo practice and has a state court robbery trial in a week that will probably last a week and will take a large amount of time in the next week. Therefore, counsel is requesting two additional weeks for the opening brief.

5. Counsel for Defendant-Appellant requests at least an extension of 45 days beyond the current due date of September 2, 2014.

6. This motion is being filed in the interests of justice and judicial economy.

WHEREFORE, the Defendant-Appellant prays this Court for an extension of time of at least 45 days beyond the due date of September 2, 2014, to October 20, 2014.

Respectfully submitted this the 1st day of September, 2014.

/s/ Cindy H. Popkin-Bradley____
CINDY H. POPKIN-BRADLEY
Lawyer for Defendant-Appellant
Post Office Box 37602
Raleigh, North Carolina  27627
Tele: 919-852-4873
Fax:  919-851-1690
Email: cindydoglaw@aol.com
North Carolina Bar No. 18728
CJA-Appointed Counsel

## CERTIFICATE OF FILING AND SERVICE

The undersigned certifies that a copy of the foregoing Motion for Extension of Time was served on Appellate Chief Amy Ray, Assistant United States Attorney for the Western District of North Carolina, by electronically filing with the CM/ECF.

Respectfully submitted this 1st day of September, 2014.

      /s/ Cindy H. Popkin-Bradley\_\_\_\_
CINDY H. POPKIN-BRADLEY
Lawyer for Defendant-Appellant
Post Office Box 37602
Raleigh, North Carolina  27627
Tele: 919-852-4873
Fax:  919-851-1690
Email: cindydoglaw@aol.com
North Carolina Bar No. 18728
CJA-Appointed Counsel