FILED: September 2, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4446
(3:11-cr-00072-MOC-1)

_____


UNITED STATES OF AMERICA

　　　Plaintiff - Appellee

v.

CHARLIE WAYNE BRYANT

　　　Defendant - Appellant


_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 10/02/2014

Opening brief due: 10/02/2014

Response brief due: 10/27/2014

Any reply brief: 10 days from service of response brief.

　　　　　　　　　For the Court--By Direction

　　　　　　　　　/s/ Patricia S. Connor, Clerk