FILED: October 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4446
(3:11-cr-00072-MOC-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHARLIE WAYNE BRYANT

    Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 11/24/2014

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk